# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0505
LT Case Nos. 54-2021-CF-35-A
54-2021-CF-177-A

_____

RAYMOND D. WHITMORE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Raymond D. Whitmore, Monticello, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Respondent.

March 21, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 24, 2024 order denying defendant's motion for postconviction relief rendered in Case Nos. 54-2021-CF-35-A and 54-2021-CF-177-A, in the Circuit Court in and for Putnam County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, HARRIS, and PRATT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————